IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                           CRIMINAL NO. 2:07-00200-001

TOMMY MITCHELL WHITE

## MEMORANDUM OPINION AND ORDER

On October 23, 2008, the court modified defendant's conditions of supervision to require residence at a community correction center ("CCC").  This modification was done with the agreement of all parties and the probation officer.  The court understands that defendant's time at the CCC has been successful.  Based on the recommendation of the probation officer and with the agreement of the parties, the court hereby ORDERS defendant's term of supervised release MODIFIED and the requirement that he reside at a CCC is REMOVED.  Furthermore, the pending petition to revoke defendant's term of supervised release is DISMISSED.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal for the Southern District of West Virginia, and the Probation Department of this court.

**IT IS SO ORDERED** this 5th day of January, 2009.

ENTER:

*David A. Faber* (signature)

David A. Faber
United States District Judge